Case 4:17-cv-00979   Document 6   Filed in TXSD on 04/11/17   Page 1 of 1
Case 4:17-cv-00979   Document 5-1   Filed in TXSD on 04/10/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 11, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CROCKETT OAKS III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-00979 |
| | § | |
| SHELL OIL COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT ORDER

Having considered Plaintiff Crocket Oaks III and Defendant Shell Oil Company's Joint Motion for Dismissal with Prejudice, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Crocket Oaks III's claims against Defendant Shell Oil Company as alleged in this lawsuit are dismissed with prejudice, with the costs and attorneys' fees taxed against the party incurring the same.

Signed this the ___11___ day of ___apr_____, 2017.

_____
THE HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE